Stieber v. Wensel.

———<>◦<>———

STIEBER AND WIFE, Respondents, *vs.* WENSEL, Appellant.

19   513
94a  ¹693

1. Under the new code, (art. 7, sec. 10,) in an action of libel or slander, a petition is sufficient, which states that the defamatory matter was published or spoken of the plaintiff, without stating any extrinsic facts for the purpose of showing its application.
2. Words which involve a charge of adultery are actionable by statute, without alleging special damage.

*Appeal from St. Louis Law Commissioner's Court.*

The petition alleged that the defendant spoke, in the German language, of and concerning the plaintiff, Mrs. Stieber, and another woman, false and slanderous words, which being translated were as follows : " Ye are whores ; ye carry on roguery and are rogues ; ye go to church and whore with the priests." The petition contained no other material averment, and stated no special damage. A demurrer was overruled, and after judgment for the plaintiff, the defendant moved in arrest of judgment, which motion being overruled, he appealed to this court.

*Delafield & Kribben*, for appellant. 1. The words are not actionable in themselves and no special damage is alleged. They do not necessarily imply a charge of adultery against the plaintiff's wife, and if they do, this should have been alleged in the petition.

*T. C. Reynolds & Garesché*, for respondent.

GAMBLE, Judge, delivered the opinion of the court.

1. The tenth section of the seventh article of the code of practice provides : " That, in an action for libel or slander, it

shall not be necessary to state in the petition any extrinsic facts, for the purpose of showing the application to the plaintiff of the defamatory matter out of which the cause of action arose; but it shall be sufficient to state generally that the same was published or spoken *concerning the plaintiff.*" The form of such petition, given in the code, corresponds with this provision. The petition, in the present case, is good under the code, as it alleges that the words were spoken of the plaintiff, Mrs. Stieber.

2. The words themselves involve a charge of adultery, and, under the act of the general assembly, (R. C. 1011,) are actionable, without alleging special damage. The judgment is affirmed.